## UNITED STATES of America, Plaintiff–Appellee

v.

## Francisco Javier OLVERA–ROSALES, Defendant–Appellant

### No. 15–51014
### Summary Calendar

United States Court of Appeals, Fifth Circuit.

Date Filed: 06/20/2016

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Francisco Javier Olvera–Rosales, Pro Se.

Before JOLLY, DENNIS and PRADO, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Francisco Javier Olvera–Rosales has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Olvera–Rosales has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. According-

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

ly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be